| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Boudin, Michael | 2. Court or Organization<br><br>U.S. Court of Appeals - 1st Circuit | 3. Date of Report<br><br>07/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals
1 Courthouse Way, Suite 8612
Boston, Massachusetts 02210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Emeritus Member of the Council | American Law Institute |
| 2. Trustee or Co-trustee | Trust #2 and Trust #3 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Harvard Law School - teaching | $7,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Professorship at Harvard Law School ▓ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Harvard University | Education loan | M |
| 2. | Bank of America | Mortgage on summer home, Wellfleet, MA | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. C & B PENSION PLAN | G | Int./Div. | P1 | T | | | | | |
| 2. - Morgan Stanley Inst. Mid Cap Growth | | | | | | | | | |
| 3. - Pooled Stable Value Fund | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. TIAA-CREF RETIREMENT PLAN | E | Int./Div. | M | T | | | | | |
| 6. - TIAA Traditional | | | | | | | | | |
| 7. - CREF Stock | | | | | | | | | |
| 8. - T-C Lfcyle. Idx. 2010-Inst | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. Bank of America Cash Account Boston, MA | A | Interest | N | T | | | | | |
| 11. | | | | | | | | | |
| 12. TD BankNorth Cash Account Orleans, MA | A | Interest | L | T | | | | | |
| 13. | | | | | | | | | |
| 14. UBS FINANCIAL SERVICES, INC. (UBS) | | | | | | | | | |
| 15. RMA Government Portfolio Cash (UBS) | A | Dividend | N | T | | | | | |
| 16. UBS Bank USA deposit account Cash (UBS) | A | Interest | M | T | | | | | |
| 17. Prudential National Muni Fund (UBS) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS *— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS US Allocation Fund C (UBS) | A | Dividend | N | T | | | | | |
| 19. | | | | | | | | | |
| 20. MORGAN STANLEY (MS) | | | | | | | | | |
| 21. MS Active Assets Tax Free Trust Account (Cash) (MS) | A | Interest | N | T | | | | | |
| 22. Sentinel Short Maturity Gov't (MS) | B | Dividend | L | T | | | | | |
| 23. MFS Investors Growth ST (MS) | A | Dividend | K | T | | | | | |
| 24. Western Asset Managed Muni A (MS) | D | Int./Div. | N | T | | | | | |
| 25. Oppenheimer RCH LTD Term Muni C (MS) | C | Int./Div. | M | T | | | | | |
| 26. Virginia Beach, VA Bonds (18) (MS) | C | Interest | L | T | | | | | |
| 27. | | | | | | | | | |
| 28. HARVARD&UPENN RETIREMENT PLANS at TIAA-CREF | E | Int./Div. | O | T | | | | | |
| 29. - TIAA Traditional Fund | | | | | | | | | |
| 30. - CREF Stock | | | | | Buy (add'l) | 02/20/13 | J | | |
| 31. | | | | | Buy (add'l) | 03/20/13 | J | | |
| 32. | | | | | Buy (add'l) | 04/22/13 | J | | |
| 33. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 34. | | | | | Buy (add'l) | 05/20/13 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/20/13 | J | | |
| 36. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 37. | | | | | Buy (add'l) | 08/20/13 | J | | |
| 38. | | | | | Buy (add'l) | 09/20/13 | J | | |
| 39.    - TIAA Real Estate | | | | | | | | | |
| 40.    - CREF Money Market | | | | | | | | | |
| 41.    -T-C Eq Index-Inst | | | | | Buy | 05/07/13 | K | | |
| 42. | | | | | | | | | |
| 43. HARVARD RETIREMENT PLANS at VANGUARD (Note 1) | F | Dividend | P1 | T | | | | | |
| 44.    -Vanguard Target Retirement 2010 (Cash) | | | | | Closed | 02/01/13 | L | | |
| 45.    -Vanguard Total Stock Market Index Fund Investor Shares (Cash) | | | | | Open | 02/01/13 | L | | |
| 46.    -Prime Money Mkt Fund (Cash) VMMXX (S) | | | | | | | | | |
| 47.    -Dividend Growth Fund VDIGX | | | | | Sold (part) | 02/25/13 | L | D | |
| 48. | | | | | Sold | 03/12/13 | K | C | |
| 49. | | | | | Buy | 11/11/13 | J | | |
| 50.    -Vanguard Equity Income Fund Admiral CL VEIRX | | | | | Sold (part) | 03/21/13 | K | D | |
| 51. | | | | | Sold (part) | 05/30/13 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 53. | | | | | Sold (part) | 07/05/13 | J | B | |
| 54. | | | | | Sold (part) | 11/07/13 | K | C | |
| 55. | | | | | Buy (add'l) | 11/07/13 | K | | |
| 56. -Matthews Asia Div FD MAPIX ▧ | | | | | Sold (part) | 04/18/13 | K | C | |
| 57. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 58. | | | | | Sold (part) | 05/31/13 | K | C | |
| 59. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 60. | | | | | Sold (part) | 07/05/13 | K | B | |
| 61. | | | | | Buy (add'l) | 08/29/13 | J | | |
| 62. -Matthews China Investor CL MCHFX ▧ | | | | | Sold (part) | 04/05/13 | K | B | |
| 63. | | | | | Sold (part) | 05/29/13 | K | A | |
| 64. | | | | | Sold (part) | 05/31/13 | K | A | |
| 65. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 66. | | | | | Sold (part) | 07/12/13 | L | B | |
| 67. -Matthews China Div FD MCDFX ▧ | | | | | Sold (part) | 04/08/13 | K | C | |
| 68. | | | | | Sold (part) | 05/29/13 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 06/06/13 | K | A | |
| 70. | | | | | Buy<br>(add'l) | 10/28/13 | K | | |
| 71.   -Matthews Japan Investor MJFOX | | | | | Buy<br>(add'l) | 03/07/13 | K | | |
| 72. | | | | | Buy<br>(add'l) | 04/05/13 | K | | |
| 73. | | | | | Buy<br>(add'l) | 04/08/13 | K | | |
| 74. | | | | | Buy<br>(add'l) | 05/07/13 | K | | |
| 75. | | | | | Buy<br>(add'l) | 05/22/13 | K | | |
| 76. | | | | | Sold<br>(part) | 05/31/13 | N | D | |
| 77. | | | | | Sold<br>(part) | 06/06/13 | L | B | |
| 78. | | | | | Buy<br>(add'l) | 06/28/13 | K | | |
| 79. | | | | | Buy<br>(add'l) | 07/08/13 | K | | |
| 80. | | | | | Buy<br>(add'l) | 07/16/13 | J | | |
| 81. | | | | | Buy<br>(add'l) | 10/15/13 | K | | |
| 82. | | | | | Sold<br>(part) | 11/14/13 | J | A | |
| 83.   -Fidelity Contrafund FCNTX | | | | | Sold<br>(part) | 03/07/13 | K | B | |
| 84. | | | | | Sold | 03/11/13 | K | B | |
| 85.   -Fidelity Select Natural Gas FSNGX | | | | | Sold<br>(part) | 05/20/13 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 87. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 88. | | | | | Sold (part) | 06/27/13 | J | A | |
| 89. | | | | | Sold (part) | 07/19/13 | J | A | |
| 90.   -Artisan Value Investors ARTLX | | | | | Sold | 03/18/13 | K | | |
| 91. | | | | | Buy | 11/22/13 | K | | |
| 92.   -Hennessy Gas Utility Index | | | | | Sold (part) | 05/10/13 | J | A | |
| 93. | | | | | Sold (part) | 05/29/13 | K | A | |
| 94. | | | | | Buy (add'l) | 06/07/13 | K | | |
| 95. | | | | | Sold (part) | 06/27/13 | K | | |
| 96.   -Fidelity Select Biotechnology FBIOX | | | | | Buy (add'l) | 03/07/13 | K | | |
| 97. | | | | | Buy (add'l) | 05/15/13 | K | | |
| 98. | | | | | Sold (part) | 05/30/13 | K | C | |
| 99. | | | | | Buy (add'l) | 06/20/13 | K | | |
| 100. | | | | | Sold (part) | 07/05/13 | K | A | |
| 101. | | | | | Sold (part) | 07/26/13 | K | B | |
| 102. | | | | | Sold (part) | 08/14/13 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 11/07/13 | K | | |
| 104.  -Matthews Pacific Tiger Investor MAPTX | | | | | Sold<br>(part) | 05/07/13 | K | B | |
| 105. | | | | | Buy<br>(add'l) | 06/14/13 | K | | |
| 106. | | | | | Buy<br>(add'l) | 08/30/13 | J | | |
| 107. | | | | | Sold<br>(part) | 10/28/13 | L | C | |
| 108. | | | | | Sold | 12/30/13 | K | A | |
| 109.  -Inflation Protected Sec. Adm. VAIPX | | | | | Sold<br>(part) | 02/01/13 | M | | |
| 110. | | | | | Sold<br>(part) | 03/12/13 | K | | |
| 111. | | | | | Sold | 04/25/13 | K | | |
| 112.  -Energy Fund Admiral VGELX | | | | | Sold<br>(part) | 05/20/13 | J | A | |
| 113. | | | | | Sold<br>(part) | 05/30/13 | K | A | |
| 114. | | | | | Sold<br>(part) | 07/31/13 | K | A | |
| 115. | | | | | Sold<br>(part) | 08/22/13 | K | A | |
| 116. | | | | | Sold | 08/30/13 | K | A | |
| 117. | | | | | Buy | 12/04/13 | L | | |
| 118.  -Vanguard Large-Cap Index Fund Adml<br>VLCAX | | | | | Sold<br>(part) | 03/12/13 | J | B | |
| 119. | | | | | Sold | 04/01/13 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy | 06/07/13 | K | | |
| 121. | | | | | Buy<br>(add'l) | 10/29/13 | J | | |
| 122. | | | | | Sold<br>(part) | 11/11/13 | J | A | |
| 123. | | | | | Sold | 12/10/13 | J | A | |
| 124.  -Mid-Cap Growth Fund VMGRX | | | | | Sold<br>(part) | 02/04/13 | K | B | |
| 125. | | | | | Sold | 03/14/13 | L | B | |
| 126. | | | | | Buy | 05/15/13 | K | | |
| 127. | | | | | Sold | 12/31/13 | K | | |
| 128. | | | | | Buy | 12/31/13 | K | | |
| 129.  -Vanguard Mid-Cap Index Fund Adm<br>       VIMAX | | | | | Buy | 02/04/13 | K | | |
| 130. | | | | | Buy | 05/07/13 | K | | |
| 131. | | | | | Sold<br>(part) | 05/30/13 | K | B | |
| 132. | | | | | Sold<br>(part) | 07/26/13 | J | A | |
| 133. | | | | | Sold | 12/04/13 | L | B | |
| 134. | | | | | Buy | 04/25/13 | K | | |
| 135. | | | | | Sold | 05/15/13 | L | A | |
| 136. | | | | | Buy | 12/04/13 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -U.S. Value Fund VUVLX | | | | | Buy | 05/20/13 | J | | |
| 138. | | | | | Buy | 06/07/13 | J | | |
| 139. | | | | | Sold | 08/15/13 | J | A | |
| 140.  -Fidelity Pacific Basin FPBFX | | | | | Buy | 06/17/13 | K | | |
| 141. | | | | | Buy<br>(add'l) | 11/04/13 | J | | |
| 142. | | | | | Buy<br>(add'l) | 12/09/13 | J | | |
| 143.  -Fidelity Inflation Protected Bond FINPX | | | | | Buy | 06/21/13 | K | | |
| 144. | | | | | Sold | 07/11/13 | K | A | |
| 145.  -Fidelity Select Industrial Equipment<br>FSCGX | | | | | Buy | 06/21/13 | J | | |
| 146. | | | | | Buy<br>(add'l) | 07/08/13 | J | | |
| 147. | | | | | Buy<br>(add'l) | 11/07/13 | K | | |
| 148. | | | | | Buy<br>(add'l) | 12/31/13 | J | | |
| 149.  -Fidelity Select IT Services FBSOX | | | | | Buy | 06/21/13 | K | | |
| 150. | | | | | Buy<br>(add'l) | 06/27/13 | K | | |
| 151. | | | | | Buy<br>(add'l) | 07/08/13 | K | | |
| 152. | | | | | Buy<br>(add'l) | 11/07/13 | K | | |
| 153. | | | | | Buy<br>(add'l) | 12/27/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154.  -Wasatch Intl Growth Investor Cl WAIGX |  |  |  |  | Buy | 05/13/13 | K |  |  |
| 155. |  |  |  |  | Buy (add'l) | 05/15/13 | K |  |  |
| 156. |  |  |  |  | Buy (add'l) | 06/21/13 | J |  |  |
| 157. |  |  |  |  | Buy (add'l) | 06/27/13 | J |  |  |
| 158. |  |  |  |  | Buy (add'l) | 08/01/13 | J |  |  |
| 159. |  |  |  |  | Sold (part) | 12/27/13 | J | A |  |
| 160.  -European Stock Index Adm VEUSX |  |  |  |  | Buy | 08/27/13 | K |  |  |
| 161. |  |  |  |  | Buy (add'l) | 10/25/13 | J |  |  |
| 162. |  |  |  |  | Buy (add'l) | 12/27/13 | J |  |  |
| 163.  -Extended Mkt Index Adm VEXAX |  |  |  |  | Buy | 08/27/13 | K |  |  |
| 164. |  |  |  |  | Buy (add'l) | 11/11/13 | J |  |  |
| 165.  -Janus Global Life Sciences CL T JAGLX |  |  |  |  | Buy | 08/08/13 | J |  |  |
| 166. |  |  |  |  | Buy (add'l) | 09/20/13 | J |  |  |
| 167.  -Select Value Fund VASVX |  |  |  |  | Buy | 08/27/13 | J |  |  |
| 168. |  |  |  |  | Buy (add'l) | 09/19/13 | J |  |  |
| 169.  -Capital Opportunity Inv VHCOX |  |  |  |  | Buy | 09/19/13 | J |  |  |
| 170. |  |  |  |  | Buy (add'l) | 09/27/13 | J |  |  |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
|  | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |  |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |  |
|  | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |  |
|  | P3 =$25,000,001 - $50,000,000 |  | P4 =More than $50,000,000 |  |  |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |  |
|  | U =Book Value | V =Other | W =Estimated |  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 10/04/13 | J | | |
| 172. | | | | | Buy<br>(add'l) | 10/11/13 | J | | |
| 173.  -Health Care Fund Inv VGHCX | | | | | Buy | 09/26/13 | J | | |
| 174. | | | | | Buy<br>(add'l) | 11/11/13 | J | | |
| 175.  -Strategic Sm-Cap Equity VSTCX | | | | | Buy | 09/19/13 | J | | |
| 176. | | | | | Buy<br>(add'l) | 09/27/13 | J | | |
| 177. | | | | | Buy<br>(add'l) | 10/04/13 | J | | |
| 178.  -Vanguard Windsor Fund Investor VWNDX | | | | | Buy | 10/11/13 | J | | |
| 179. | | | | | Buy<br>(add'l) | 12/27/13 | K | | |
| 180.  -Fidelity Japan Smaller Companies FJSCX | | | | | Buy | 05/15/13 | K | | |
| 181. | | | | | Buy<br>(add'l) | 05/22/13 | K | | |
| 182. | | | | | Sold<br>(part) | 06/03/13 | K | | |
| 183. | | | | | Buy<br>(add'l) | 06/27/13 | J | | |
| 184.  -Fidelity Select American Gold FSAGX | | | | | Buy<br>(add'l) | 02/05/13 | K | | |
| 185. | | | | | Buy<br>(add'l) | 02/25/13 | K | | |
| 186. | | | | | Buy<br>(add'l) | 03/11/13 | J | | |
| 187. | | | | | Buy<br>(add'l) | 04/05/13 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. | | | | | Sold (part) | 04/18/13 | K | | |
| 189. | | | | | Sold | 05/07/13 | K | | |
| 190. -Vanguard Emerging Markets Stock Index Investor CL VEIEX | | | | | Buy | 10/21/13 | J | | |
| 191. | | | | | Sold (part) | 12/27/13 | J | | |
| 192. | | | | | Sold | 12/30/13 | J | A | |
| 193. -Vanguard Energy Admiral Cl VGELX | | | | | Buy | 06/07/13 | K | | |
| 194. | | | | | Buy (add'l) | 06/21/13 | K | | |
| 195. | | | | | Sold (part) | 09/20/13 | K | A | |
| 196. | | | | | Sold (part) | 09/26/13 | J | A | |
| 197. | | | | | Sold (part) | 10/21/13 | J | A | |
| 198. | | | | | Sold | 11/02/13 | K | A | |
| 199. -Vanguard European Stock Index Fund Admiral VEUSX | | | | | Buy | 09/12/13 | J | | |
| 200. | | | | | Buy (add'l) | 11/07/13 | J | | |
| 201. -Vanguard European Stock Index Investor VEURX | | | | | Buy | 08/14/13 | J | | |
| 202. | | | | | Sold | 09/12/13 | J | A | |
| 203. -Vanguard Extended Market Index Fund Admiral Shares VEXAX | | | | | Buy | 10/28/13 | J | | |
| 204. -Vanguard Inflation Protected Secs Admial VAIPX | | | | | Buy | 05/24/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy (add'l) | 06/03/13 | K | | |
| 206. | | | | | Buy (add'l) | 06/06/13 | K | | |
| 207. | | | | | Buy (add'l) | 06/14/13 | L | | |
| 208. | | | | | Sold (part) | 07/08/13 | L | | |
| 209. | | | | | Sold (part) | 07/09/13 | L | | |
| 210. | | | | | Sold | 07/11/13 | K | | |
| 211. -Vanguard Mid-Cap Value Index Fund Admiral Shares VMVAX ▪ | | | | | Buy | 11/13/13 | J | | |
| 212. -Vanguard Selected Value Fund Investor Shares VASVX ▪ | | | | | Buy | 06/17/13 | J | | |
| 213. | | | | | Buy (add'l) | 12/04/13 | L | | |
| 214. -Vanguard Emerging Markets Select Stock Investor CL VMMSX ▪ | | | | | Buy | 12/30/13 | J | | |
| 215. -Vanguard Explorer Investor CL VEXPX ▪ | | | | | Buy | 12/30/13 | K | | |
| 216. -Vanguard Health Care Fund Investor Shares VGHCX ▪ | | | | | Buy | 12/27/13 | J | | |
| 217. -Vanguard Strategic Small Cap Equity Investor CL VSTCX ▪ | | | | | Buy | 12/27/13 | K | | |
| 218. | | | | | | | | | |
| 219. HARVARD RETIREMENT PLANS at FIDELITY ▪ | A | Dividend | K | T | | | | | |
| 220. -Fidelity Cash Reserves (FDRXX) ▪ | | | | | | | | | |
| 221. -Fidelity Select Gold (FSAGX) ▪ | | | | | Sold | 04/11/13 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. -Fidelity Select Biotechnology (FBIOX ▪) | | | | | Buy | 04/11/13 | K | | |
| 223. | | | | | Sold | 05/10/13 | K | B | |
| 224. -Fidelity Japan Smaller Companies (FJSCX) ▪ | | | | | Buy | 05/10/13 | K | | |
| 225. | | | | | Sold | 10/10/13 | K | A | |
| 226. -Fidelity Select Biotechnology (FBIOX ▪) | | | | | Buy | 10/10/13 | K | | |
| 227. | | | | | | | | | |
| 228. BankAmerica Cash Account, Boston, MA ▪ | A | Interest | L | T | | | | | |
| 229. Bank of Hawaii Cash Account ▪ | A | Interest | J | T | | | | | |
| 230. | | | | | | | | | |
| 231. Rental House, Wellfleet, MA ▪ | E | Rent | P1 | W | | | | | |
| 232. Summer residence, Wellfleet, MA (occas. rent house) ▪ | D | Rent | O | W | | | | | |
| 233. Kauai, Hawaii, land ▪ | A | Rent | P1 | W | | | | | |
| 234. Rental House, Cambridge, MA ▪ | E | Rent | P1 | W | | | | | |
| 235. | | | | | | | | | |
| 236. TRUST #2 | A | Dividend | N | T | | | | | |
| 237. - UBS US Allocation Fund Class C | | | | | | | | | |
| 238. - RMA Government Portfolio | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | | | | | |
| 240. TRUST #3 | A | Dividend | O | T | | | | | |
| 241. -RMA Govrenment Portfolio | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: The Harvard Retirement Plans at Vanguard is a header that also includes the Harvard Vanguard Rollover IRA.

| Name of Person Reporting | Date of Report |
|---|---|
| Boudin, Michael | 07/01/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael Boudin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544